PLAINTIFF Maxine Vega

DEFENDANT STRATFORD CAREER INST.

2-6-24

5:24-CV-22-WWB PRL

FEB 9 2024 PM 12:40
FILED - USDC - FLMD - OCA

"PROSE" TO THE COURT (U.S.D.C)
I'M WRITING IN REGARDING THIS LAWSUIT ABOUT STRATFORD CAREER INSTITUTE, IS OVER-CHARGING ME EXTRA, IN ORDER TO RELEASE THEE CERTIFICATE, AND THE STUDIES MATERIAL, THE ONLY THING OWE IS ONLY $30.00 ACTIVATION FEE, ACCORDING TO THEM THAT I CAN HAVE ANY COURSE FOR $499.00 SO I INSTEAD DID THE COMPARISON, THAT THE COURSE SHOULD'VE BEEN THE SAME PRICE, BECAUSE I SUBMITTED SUBMITED THE PAPER FOR PARALEGAL COURSE FOR JUST $499.00 I SUBMITED THE PAPER LOOK AT THE COPY, PLEASE.

THE FIRST AMENDMENT (SEE) NEXT PAGE PAGE →

# AMENDMENT 1#

CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT OF RELIGION, OR PROHIBITING THE FREE EXERCISE THEREOF; |OR| ABRIDGING THE FREEDOM OF SPEECH, |OR| OF THE PRESS; |OR| THE RIGHT OF THE PEOPLE THE GOVERNMENT FOR A <u>REDRESS OF GRIEVANCES.</u>

✱ (SEEKING ABOUT $400 BILLION DOLLAR.)

✱ (I PRAY THIS MOTION OF SUPPLICATION / PETITION OF GOOD FAITH.)

IN THE POLICY, IT'S DOESN'T STATE THAT I HAVE TO PAY — $30.00 DOLLAR AS AN ATIVATION FEE. FOR CHANGING MY COURSE, TO PARALEGAL, PARALEGAL WAS ALSO THE SAME PRICE. SO I'M BEING CHARGE FOR PARALEGAL COURSE, AS OVERCHARGE, THEY MADE ME A (STUDENT 271513) — WITHOUT CHOOSING A CURRICULUME, I SAID TO THEM BY LETTER AS MANUSCRIPT, I WANT MY PARALEGAL COURSE FOR THE SAME PRICE, SO THEY SEND ME A LETTER WITH POLICY THAT ANY COURSE FOR THE SAME PRICE, SO I CHANGE THE POLICE-SCIENSE, FOR PARALEGAL THEY WOULDN'T GIVE ME A REFUND BECAUSE THEY MADE ME A STUDENT AND STUDENT DON'T GET A REFUND THEY STRATFORD WAS OFFERING A REASONABLE PRICE. SO NOW THEY CHANGE POLICY THAT NOT ON THE POLICY, TO PAY EXTRA, SO I'M SUING FOR EVERYTHING THEY GOT.

CERTIFICATION TO THE
COPY: TO CLERK, UNITED
STATE DISTRICT COURT
207 N.W. SECOND STREET
RM 337
OCALA, FL 34475-6666

2-6-24   Maria Vega

#16,34,47

COPY: FOR STRATFORD
SH / SCHOOL

Dear Honorable Judge

Please send my billion to Sun Trust Bank, Ocala, FL

$50 Billion goes to Steven Furtick address 12 E. 42, Ocala, FL 34482

I take $350 Billion on my account.

#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
Date of Birth
09-13-69

Payment $405 Dollar as requested.

You have received a **jpay** letter, the fastest way to get mail

From: Facility Support
To: MARIA VEGA, ID: 163447
Date: 7/12/2022 4:14:40 PM EST, Letter ID: 1543630823
Location: 368
Housing: B11031



**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a jpay letter, the fastest way to get mail**

From : Facility Support
To   : MARIA VEGA, ID: 163447
Date : 7/12/2022 4:14:40 PM EST,   Letter ID: 1543630823
Location : 368
Housing : B11031

②



# Enrollment Agreement

**STRATFORD CAREER INSTITUTE**
www.sci-careers.com

*Enroll by August 4, 2022 and get your course for just $499!*

Three easy ways to enroll! Choose which option is best for you:
- CALL 1-800-556-4559
- CLICK www.sci-careers.com
- MAIL your Enrollment Agreement

## 1. Required Information

Maria Vega
163447
Florida Women's Reception Center
3700 NW 111th Pl
Ocala FL  34482-1480

Priority Code: 421050872
Legal Assistant/Paralegal

Phone Number _____ Day _____ Evening
Date of Birth ___/___/___  MM/DD/YY
E-mail Address _____
Last School Attended _____

## 2. Select Your Tuition Payment Plan

☐ Full Tuition Plan: I have selected to pay the total tuition price of $499.00.
or
☐ Easy Monthly Payment Plan: I have enclosed my **$20.00** Down Payment.

For Internal Use Only

| Total Course Price | Down Payment | Finance Charge | Annual % Rate | Monthly Installments |
|---|---|---|---|---|
| $499.00 | $20.00 | $0.00 | 0% | 15 at $31.93 |

*Total Course Price reflects your special tuition offer of $499.00.

## 3. Select Your Method of Payment

**Credit or Debit Card***
- Enroll Online — Go to www.sci-careers.com
- Enroll by Phone — Call 1-800-556-4559 to enroll by phone
*Please do not mail credit or debit card information.

**Mail a Check or Money Order**
Make your check or money order payable to *Stratford Career Institute* in the amount of
$_____
Complete this form and mail with your payment today in the enclosed prepaid envelope!

## 4. Your Signature

I have read both sides of this enrollment agreement, and fully understand my rights, obligations, and benefits as a Stratford student. I agree to allow any Stratford representative to contact me during business hours using my email address, telephone or cellular number.

Student Signature _____   Date _____

Guarantor Conditions and Agreement (for students under the age of 18 only)
Students under 18 years of age must have the consent of their parent or legal guardian to enroll in a program. It is the Guarantor's responsibility to verify mandatory local school attendance requirements and program suitability. By signing this Agreement, the Guarantor acknowledges that he/she has read, and understood this Agreement and unconditionally agrees to its terms. Persons not of legal age must obtain the signature of a parent or legal guardian in the space below.

Name of guarantor _____  Relationship to the student _____
Address of guarantor _____
Age of guarantor _____ Date _____ Signature _____

142                                                                            BHB I K93

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a jpay letter, the fastest way to get mail**

From : Facility Support
To   : MARIA VEGA, ID: 163447
Date : 7/22/2022 2:49:51 PM EST,    Letter ID: 1551119043
Location : 368
Housing : B11031

## STRATFORD CAREER INSTITUTE

Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT 05478-5560

Main Office:
8675 Darnley Road, Mount-Royal, QC H4T 1X2
1-800-435-5338

June 12, 2022

Maria Vega
163447
Florida Women's Reception Center
3700 NW 111th Pl
Ocala FL
34482-1480

Student Number: G271513

Dear Maria,

I have received your letter concerning your course of study and would like to take this opportunity to respond.

According to our records you have paid the account in full for the Security/Police Sciences program however it is currently cancelled. No corresponding exams have been received from the material issued. If you wish to resume the program, please send your request along with a payment of $30.00, which is a re-activation fee. The diploma and official transcript will be issued once the course has been completed with an overall average of 70% or above.

If you have any further questions, please do not hesitate to contact Student Services by email at instruct@scitraining.com, or call 1-800-435-5338, from 8:00am to 4:30pm (EST) Monday through Thursday, and until 3:30pm on Fridays. For additional course information, you can access our web site at www.Scitraining.com.

Sincerely,

Brandi Hull
Student Services

Enclosure: Financial Statement

**You have received a jpay letter, the fastest way to get mail**

From : Facility Support
To   : MARIA VEGA, ID: 163447
Date : 7/22/2022 2:49:51 PM EST,   Letter ID: 1551119043
Location : 368
Housing : B11031



## STRATFORD CAREER INSTITUTE

Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT 05478-5560

Main Office:
8675 Darnley Road, Mount-Royal, QC H4T 1X2
1-800-435-5338

June 10, 2022

# STATEMENT

Page 1

Maria Vega
163447
Florida Women's Reception Center
3700 NW 111th Pl
Ocala FL 34482-1480

Student Number: G271513

| DATE | TRANSACTION DESCRIPTION | PAYMENT | BALANCE |
|---|---|---|---|
| 2021/01/07 | Initial Balance | | 489.00 |
| 2021/01/07 | Initial Deposit | 37.00- | 452.00 |
| 2021/06/10 | Check Payment | 427.00- | 25.00 |
| 2022/05/11 | Check Payment | 25.00- | .00 |

$504

If you have any question concerning the above statement, please call our Student Services Department at 1-800-435-5338 between 8:00 am and 4:30 pm, Monday to Thursday and until 3:30 pm Friday (EST).

HUL 2022/06/10

# Enrollment Agreement

Enroll within the next 30 days to receive the course of your choice for only $499



STRATFORD CAREER INSTITUTE
www.scitraining.com

Three easy ways to enroll! Choose which option is best for you:

- 📞 **CALL** 1-800-363-0058
- 🖱 **CLICK** www.scitraining.com
- ✉ **MAIL** your Enrollment Agreement

## 1. Required Information

Name: MARIA VEGA 16-3447   Phone (      )
Address: FW-RC 3700 N.W. 11 PL  Apt. B1103  Date of Birth: 09 / 13 / 1969
City: OCALA    State: FL    Email: NONE
Zip Code: 34482    Last School Attended: NONE TO KNOW ONLY HIGH SCHOOL

Write course name here! → PRIORITY CODE: 421050872
LEGAL ASSISTANT/PARALEGAL
(Write selected course name above)

## 2. Select Your Tuition Payment Plan

☐ Full Tuition Plan: I have selected to pay the total tuition price of $499.00
or
☐ Monthly Payment Plan: I have enclosed my $20.00 down payment

| Tuition | Down Payment | Finance Charge | Annual % Rate | Monthly Installments |
|---|---|---|---|---|
| $499.00 | $20.00 | $00.00 | 0% | 15 at $31.93 |

For Internal Use Only

## 3. Select Your Method of Payment

**Credit or Debit Card**

Enroll Online
Go to www.sci-careers.com or www.scitraining.com

Enroll by Phone
Call 1-800-556-4559 to enroll by phone

**Mail a Check or Money Order**

Make your check or money order payable to *Stratford Career Institute* in the amount of
$ 30.00 ACTIVATION FEE
Complete this form and mail with your payment today in the enclosed prepaid envelope!

## 4. Your Signature

PLUS PAID IN FULL

I have read both sides of this enrollment agreement, and fully understand my rights, obligations, and benefits as a Stratford student. I agree to allow any Stratford representative to contact me during business hours using my email address, telephone or cellular number.

Student Signature: *Maria Vega*    Date: 18-2-22

(STUDENT NO. 27513)

Guarantor Conditions and Agreement (for students under the age of 18 only)
Students under 18 years of age must have the consent of their parent or legal guardian to enroll in a program. It is the Guarantor's responsibility to verify mandatory local school attendance requirements and program suitability. By signing this Agreement, the Guarantor acknowledges that he/she has read, and understood this Agreement and unconditionally agrees to its terms. Persons not of legal age must obtain the signature of a parent or legal guardian in the space below.

Name of guarantor _____  Relationship to the student _____
Address of guarantor _____
Age of guarantor _____  Date _____  Signature _____

# The Stratford Career Institute Tuition Protection Agreement
## *Your Assurance of Quality and Integrity*

2000401076428

### SERVICE GUARANTEE:

✓ Correspondence and phone calls from students receive top priority, and instructors are available to assist students year round.

✓ The tuition fee includes all charges for materials and instructional services, up to and including the issuing of a diploma once you have successfully completed the program and fulfilled your financial obligation.

✓ You are free to complete the program as quickly as you wish, provided that all required examinations are completed with a passing grade. The rate at which you complete the program will not alter the payment terms and schedule as set forth in this agreement.

✓ You have the right at any time to pay the outstanding balance owing on the account.

✓ Stratford agrees that there will be no tuition increases during the life of this agreement.

✓ Stratford evaluates and obtains the latest and best text books, produced by leading publishers in order to keep our programs up-to-date. Any changes will always be improvements, and will never diminish the quality of the program.

✓ In the event of a prolonged illness or loss of employment Stratford may offer, at its discretion, a deferment of your obligations under this agreement.

### ENROLLMENT CANCELLATION POLICY AND CONDITIONS

Stratford Career Institute is confident that the program in which you are enrolling will be entirely to your satisfaction. To provide you with assurance that this will be the case, this Tuition Protection Agreement outlines our cancellation and refund policy.

1) You may cancel your program at anytime. Cancellation requests may be made in any manner, but it is recommended that you do so in writing by sending your request to: Stratford Career Institute, Shipping and Mailing Center, 1 Champlain Commons, Unit 3, P.O. Box 1560 Saint Albans VT 05478-5560.

2) If you notify SCI of cancellation within 5 calendar days from the date you signed the enrollment agreement and no lessons have been submitted for evaluation, you will be refunded all monies paid to the school.

3) If you notify SCI after the five day period but before any lessons have been submitted for evaluation, you will owe a registration fee of 20% of the total course price, not to exceed $150.00.

4) If you notify SCI after completing at least one lesson assignment but less than 50% of course assignments, SCI will charge the non-refundable registration fee plus a percentage of the total course price which shall not exceed the following:

a) If you complete up to and including 10% of the course, you will be charged 10% of the refundable tuition (tuition charges remaining after subtracting the non-refundable fee already retained).

b) Between 10% and 25% of the course, you will be charged 25% of the refundable tuition.

c) Between 25% and 50% of the course, you will be charged 50% of the refundable tuition.

d) After you complete more than half the course, you will be charged the total course price. If your down payment is dishonored by your bank, SCI has the right to invoke its cancellation policy at its discretion.

Students are not eligible for tuition refunds after a period of five years from the date of enrollment. Any holder of this consumer contract is subject to all claims and defenses which the debtor could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the debtor shall not exceed the amount paid by the debtor hereunder. Any and all liabilities shall be limited to the total course price as stipulated in this enrollment contract. In the event that you do not make a payment within a period of fourteen calendar days of its due date, Stratford Career Institute may cancel this Enrollment Agreement. Under such conditions, the total course price obligation will be payable and due immediately. The student will not be eligible for any refunds, in whole or in part, if the delinquent account is not remedied within fourteen days of notice date. As a student, you agree to allow any authorized Stratford representative to contact you during business hours via your Email address or telephone/cellular number for any reason pertaining to your study program or financial account. Your signature in section 4 of this Enrollment Agreement indicates that you have read and understood all parts of the Agreement, and believe that you have the ability to benefit from this program.

### PRIVACY POLICY

Occasionally we make our student list available to organizations offering products or services that may be of interest to you. If you do not wish to receive these mailings please send notification, along with your name and address to: Stratford Career Institute Shipping and Mailing Center, 1 Champlain Commons, Unit 3, PO Box 1560, Saint Albans, VT 05478-5560. Stratford Career Institute's administration and corporate headquarters is located at 8675 Darnley Road, Mount-Royal, QC, H4T 1X2.

**Please Note:** Stratford Career Institute's educational programs are introductory courses designed to help students gain knowledge necessary for the vocational application of the subject. Completion of a program does not fulfill the legal requirements of particular state licenses or certifications, which may require additional training or apprenticeships.

Additionally, although Stratford's High School program offers a comprehensive range of subject matter, it is not, nor intended to be, a substitute for state sponsored High School and GED programs. Particular schools and employers may not recognize completion of this program as high school equivalency.

---

## GET STARTED TODAY BY CALLING 1-800-363-0058 ext. 9828
## OR GO ONLINE TO: www.scitraining.com
Enter your Promo Code **DHB056** to receive your Special Offer

# Social Security Administration

SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA, FL 34470-6707
Date: September 18, 2020
BNC#: 20D1210K82418
SPW

MARIA VEGA
3700 NW 111TH PLACE
OCALA, FL 34482

Dear MARIA VEGA

We are writing in response to your letter regarding disability benefits.

The Supplemental Security Income (SSI) program provides monthly payments for aged, blind, and disabled individuals whose income and resources are below specified amounts. (The income level depends on state of residence and type of income; the resource level for single people is $2000.) Aged individuals, for the purpose of SSI, are those who are at least 65.

To qualify for SSI payments on the basis of disability, you must be unable to do any substantial gainful work because of a medical condition which can be expected either to last at least 12 months or to end in death. To meet this definition, the impairment or impairments must be of such severity that you are unable to do your previous work and cannot do any other work considering your age, education, and work experience.

People confined to a prison or other correctional facility are not eligible for SSI payments for any months in which they are in prison for the entire month. If you believe that you may qualify for SSI and are scheduled to be released from prison in the near future, you may apply for SSI before your release so that, if approved, benefits can begin more quickly. (In general, an SSI application based on age may be filed about 30 days before your release date; an application based on disability may be filed several months before your release, to allow sufficient time to evaluate your claim.)

To apply for SSI before your release, you should check with your prison counselor or other appropriate official to find out whether your institution has a pre-release agreement with the local Social Security office. If so, the institution can contact us to initiate a claim on your behalf. If there is no such agreement, you should contact your local Social Security office as soon as possible, upon your release from prison. To find the local office in your area, call our toll-free number, 1-800-772-1213 or you may visit our Internet site at www.socialsecurity.gov .

*Social Security Administration*



**Dave Kerner**
Executive Director

**FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES**

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

June 21, 2023

Maria Vega DC#163447
Florida Women's Reception Center
3700 NW 111th Place
Ocala, Florida 34482

Dear Ms. Vega:

Your Florida Class (A) license expired in 2005. You have no outstanding citations/fees against your record.

Florida law requires all Commercial Driver Licenses (CDL) be renewed in person. You will be required to take a vision test at the driver license office. The law changed January 1, 2010 and you must present certain identification documents when you go to the driver license office. When you return to the Florida driver license office, be sure to bring:

1) Your original or certified copy of birth certificate OR a valid U.S. Passport,
2) Proof of your social security number, AND
3) Two proofs of residential address.

We have more information on our website at www.gathergoget.com regarding the required documents. In addition, you can make an appointment at www.flhsmv.gov for a date and time that's convenient for you. Appointments are recommended, but not required at most offices. Go to www.flhsmv.gov and choose office locations on the left side of page. Then choose your county. Look at the list of offices--if it says "By Appointment Only," you know you should not walk in to that office. Otherwise, you can go to any office that is convenient.

Sincerely,
E. Tipton
Customer Service Center
Department of Highway Safety and Motor Vehicles
www.flhsmv.gov

*Service • Integrity • Courtesy • Professionalism • Innovation • Excellence*
An Equal Opportunity Employer

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

**Privacy Act Statement**

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 505, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5032, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USES:** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment / reenlistment application.

## A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

| 1. NAME (Last, First, Middle) | 2. SOCIAL SECURITY NUMBER |
|---|---|
| VEGA MARIA | 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 |

| 3. HOME OF RECORD (Street, City, State, ZIP Code) | 4. PLACE OF ENLISTMENT / REENLISTMENT (Mil. Installation, City, State) |
|---|---|
| 1345 PLIMPTON AVE APT 1B<br>BRONX, NY 10452-0000 | NEW YORK MEPS<br>BROOKLYN, NY 11252-0700 |

| 5. DATE OF ENLISTMENT/REENLISTMENT (YYMMDD) | 6. DATE OF BIRTH (YYMMDD) | 7. PREV MIL SVC UPON ENL / REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 010827 | 690913 | a. Total Active Military Service | | | |
| | | b. Total Inactive Military Service | | | |

## B. AGREEMENTS

8. I am enlisting / reenlisting in the United States (list branch of service) **NAVAL RESERVE** this date for **8** years and **00** weeks beginning in pay grade **E-1**. The additional details of my enlistment/ reenlistment are in Section C and Annex(es) **A**.

**a. FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date YYMMDD) **0500 010904** for enlistment in the Regular component of the United States (list branch of service) **NAVY** for not less than **4** years and **00** weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

**b. Remarks:** (If none, so state.) **NONE**

**c.** The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

(Initials of Enlistee / Reenlistee) **M.V.**

(Continued on reverse side.)

DD Form 4/1, MAY 88    Previous editions may be used.

536



**DEPARTMENT OF THE NAVY**
RECRUIT TRAINING COMMAND
3301 INDIANA STREET
GREAT LAKES, IL 60088-3127

1910
Ser 10/5298
12 Dec 01

From: Commanding Officer, Recruit Training Command, Great Lakes
To:   Officer-in-Charge, Personnel Support Detachment, Recruit Training Command, Great Lakes

Subj: ADMINISTRATIVE SEPARATION ICO SR MARIA VEGA, USN, 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

Ref: (a) CO, RTC GLAKES ltr 1910 Ser 10/1463 of 8 Nov 01
     (b) MILPERSMAN 1910
     (c) BUPERSINST 1900.8

1. In response to reference (a) which processed member for administrative separation per reference (b), authority is granted to discharge member within 10 working days after receipt of this letter. Prepare a DD Form 214 per reference (c), entering the following:

    BLK 23: DISCHARGED
    BLK 24: GENERAL
    BLK 25: MILPERSMAN 1910-142
    BLK 26: GKQ
    BLK 27: RE-4
    BLK 28: MISCONDUCT

2. If applicable, recoup any unearned bonus paid and collect all existing indebtedness per DODFMR.

3. Ensure compliance with OPNAVINST 1900.8 regarding transition assistance services.

4. If member is drug/alcohol dependent, offer appropriate treatment prior to separation. MILPERSMAN 1910-232 refers.

5. Forward a complete copy of the Administrative Separation package and Separation Authority action with a copy of the member's DD Form 214, to the appropriate PERS code for review and filing in the member's permanent record for historical purposes. Additionally, forward a copy of the member's DD Form 214 to Recruit Training Command, Legal Department within three days of discharge.

R. K. MCBRIDE
By direction

Copy to:
SR Vega

643

16 Nov 01

From: LCDR Donald R. Wilkinson, USN, 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/1100
To: Commanding Officer, Recruit Training Command, Great Lakes

Subj: RECORD OF PROCEEDINGS OF AN ADMINISTRATIVE BOARD IN CASE OF SR MARIA VEGA, USN, 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

Ref: (a) MILPERSMAN 1910-500

Encl: (1) Government's Exhibits 1 through 14
(2) Witnesses Testimony
(3) Findings of the Administrative Board

1. Per reference (a), enclosures (1) through (3) are forwarded, and the following Record of Proceedings of an Administrative Board in case of SR Maria Vega, USN, is submitted.

2. The Board was called to order at 1338 hours, 8 November 2001, at Recruit Training Command, Great Lakes, Illinois.

3. The Board was convened by order of the Commanding Officer, Recruit Training Command, dated 8 November 2001, a copy of the order was furnished to each Member of the Board, the Recorder, the Respondent, and Counsel for the Respondent.

4. The following persons were present:

LCDR Donald R. Wilkinson, USN, Senior Member;
LT Carl Bendixon, USN, Member;
MR Will Smith, USN, Member;
LN1 Ronald M. Morton II, USN, Recorder;
LT Shahzad Nasseem, JAGC, USNR, Counsel for the Respondent;
SR Maria Vega, USN, Respondent; and
LN3 Kimberly E. L. Roan, USN, Court Reporter.

5. All Members were present.

6. LT Nasseem, JAGC, USNR, stated his legal qualifications.

7. LN1 Morton, USN, stated his legal qualifications.

644

MARIA VEGA #1G,34,47
F. W. R. C
3700 N.W. 111th PLACE
OCALA, FL 34482

CLERK, UNITED STATE DISTRICT
COURT HOUSE.
207 N.W. SECOND STREET
RM 337
OCALA, FL 34475-6666

MAIL ORIGINATED IN
A STATE CORRECTIONAL
INSTITUTION

SCREENED
BY USMS

PROVIDED TO LOWELL RECEPTION CENTER CORRECTIONAL INSTITUTION ON 2/4/24 FOR MAILING

M.V.